UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL A. ROBERTS,

    Plaintiff,

v.                                                                Case No. 5:24-cv-00241-JSM-PRL

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.
_____/

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MICHAEL A. ROBERTS, and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: November 4, 2024                                    Respectfully Submitted,

| **MICHAEL A. ROBERTS** | **EXPERIAN INFORMATION SOLUTIONS, INC.** |
|---|---|
| _/s/Alexander J. Taylor_ | _/s/ Maria H. Ruiz_ |
| Alexander J. Taylor, Esq. | Maria H. Ruiz |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | KASOWITZ BENSON TORRES LLP |
| 2500 South Highland Avenue, Suite 200 | 1441 Brickell Avenue, Suite 1420 |
| Lombard, IL 60148 | Miami, FL 33131 |
| Phone: (630) 575-8181 Ext .180 | Telephone: (786) 587-1044 |
| Fax: (630) 575-8188 | Facsimile: (305) 675-2601 |
| ataylor@sulaimanlaw.com | MRuiz@Kasowitz.com |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/Alexander J. Taylor*
Alexander J. Taylor
